

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00400-CV

**IN RE** R. Wayne **JOHNSON**

Original Proceeding[1]

PER CURIAM

Sitting:       Rebeca C. Martinez, Chief Justice
                Lori I. Valenzuela, Justice
                H. Todd McCray, Justice

Delivered and Filed: July 16, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On June 23, 2025, relator filed a petition for writ of mandamus purporting to contest a criminal contempt order rendered in the 216th Judicial District Court. Relator failed to attach a copy of the alleged order or any other supporting exhibits. The petition for writ of mandamus is **DENIED**.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 12,810, styled *R. Wayne Johnson v. Elroy Garcia and James Allison*, pending in the 216th Judicial District Court, Gillespie County, Texas, the Honorable N. Keith Williams presiding.